UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| BAHRI SALIH OMAR, | No. 4:17-CV-05028-EFS |
|---|---|
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | |
| JOHN F. KELLY, Secretary of Department of Homeland Security; KEITH BROWN, Yakima Field Office Director of US Citizenship & Immigration Services; DEPARTMENT OF HOMELAND SECURITY; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

On May 22, 2017, Plaintiff Bahri Salih Omar filed a Notice of/Motion for Voluntary Dismissal, ECF No. 8. As no opposing party has filed an answer or motion for summary judgment, Plaintiff is entitled to immediate dismissal of this case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). As such, **IT IS HEREBY ORDERED:**

1. Plaintiff's Notice of/Motion for Voluntary Dismissal, **ECF No. 8**, is **GRANTED.**
2. All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorney fees.
3. All pending motions are **DENIED AS MOOT.**
4. All hearings and other deadlines are **STRICKEN.**

ORDER DISMISSING CASE - 1

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  31st  day of May 2017.

s/Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge